IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL E. JACKSON, ) | |
|     Plaintiff, ) | No. 2020-cv-5630 |
| ) | |
|   v. ) | Judge: Lindsay C. Jenkins |
| ) | |
| CITY OF CHICAGO AND CHICAGO POLICE ) | |
| OFFICERS, MATTHEW SHEPARD (12781), ) | |
| and RENEE GARDNER (16385) in their ) | |
| individual capacities. ) | |
|     Defendants. ) | Jury Demand |

## NOTICE OF FILING

TO: All CM/ECF Participants

PLEASE TAKE NOTE, that on March 22, 2023, I made the following digital media exhibit submissions for Plaintiff's Motion for Summary Judgment Response, Docket Numbers 77-79

1. Exhibit T, Officer Rodriguez's Body Worn Camera Footage,
2. Exhibit U, Officer Gardner's Body Worn Camera Footage,
3. Exhibit V, Crot's Body Worn Camera Footage,

and filed a Notice of Filing, pertaining to the above referenced matter, copies of which have been served upon you.

Dated: March 22, 2023                                          Respectfully submitted,

                                                                           /s/ Danielle A. Pinkston

                                                         Danielle A. Pinkston
                                                         Atty. No.: 6302271
                                                         Pinkston Law Group, P.C.
                                                         54 N. Ottawa St., Ste. #110
                                                         Joliet, IL 60432
                                                         Office: (773) 770-4771
                                                         Fax: (773) 770-4772
                                                         dpinkston@pinkstonlawgroup.com
                                                         Atty. for: CARL E. JACKSON

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on March 22, 2023, I electronically submitted the foregoing exhibits with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the below Service List.

Jessica L Griff
Nicholas John Perrone
Marion Moore
jessica.griff@cityofchicago.org
nicholas.perrone@cityofchicago.org
marion.moore@cityofchicago.org
2 N. LaSalle St., Ste 420
Chicago, IL 60602
