IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL JACKSON, ) | |
|     Plaintiff, ) | Case: 1:20-cv-05630 |
| ) | |
| v. ) | Honorable J Lindsay C. Jenkins. |
| ) | |
| CITY OF CHICAGO, et al., ) | Magistrate Judge Susan E. Cox |
|     Defendants. ) | |

**JOINT STATUS REPORT**

NOW COME the parties through their respective counsel and present the following Joint Status Report, pursuant to (Dkt., 85), stating as follows:

**I.   Nature of the Case**

This cause of action is to redress the deprivation of Plaintiff's Constitutional Rights and requests damages under 42 U.S.C.A. § 1983

**A. Identify the attorneys of record for each party.**

| | |
|---|---|
| Danielle A. Pinkston | Jessica L Griff |
| Pinkston Law Group, P.C. | Nicholas John Perrone |
| dpinkston@pinkstonlawgroup.com | jessica.griff@cityofchicago.org |
| 54 N. Ottawa St., Ste. #110 | nicholas.perrone@cityofchicago.org |
| Joliet, IL 60432 | 2 N. LaSalle St., Ste 420 |
| Office: (773) 770-4771 | Chicago, IL 60602 |
| Attorney for Carl E. Jackson | (312)744-1975 |
| | Attorneys for Defendants |

**B. State the basis for federal jurisdiction. If based on diversity, state the domicile of all parties.** *See Heinen v. Northrop Grumman Corp.*, 671 F.3d669 (7th Cir. 2012). **If any party is a partnership or a limited liability company and the basis of jurisdiction is diversity, counsel must identify the name and domicile(s) of each and every partner/member of each such entity.** *See Belleville Catering Co. v. Champaign Market Place LLC*, 350 F.3d 691(7th Cir. 2003); *Cosgrove v. Bartolotta*, 150 F.3d 729 (7th Cir. 1998); *Cardenv.Arkoma Assoc.*, 494 U.S. 185 (7th Cir. 1990).

This case arises under the U.S. Constitution and the laws of the United States. The case presents a federal question within this Court's jurisdiction under Article III of the Constitution and 28 U.S.C. § 1331; this Court also has jurisdiction under 28 U.S.C. §

1

1343(3) to redress the deprivation, under color of state law, of any right, privilege, or immunity secured by the U.S. Constitution. The Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over claims arising under Illinois state law.

C. **Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims and/or affirmative defenses.**

1. COUNT I- 42 U.S.C. § 1983 False Arrest (Plaintiff Against Defendant Officers)

2. COUNT II- Conspiracy to Deprive Plaintiff of His Constitutional Rights (Plaintiff Against Defendant Officers)

3. COUNT III – 42 U.S.C. § 1983 Failure to Intervene (Plaintiff Against Defendant Officers)

4. COUNT IV-- State Law Claim Indemnification (Plaintiff Against City of Chicago)

D. **Describe the relief sought by the plaintiff(s) and provide an estimate of damages, if any**

$500,000.00

E. **List the names of any parties who have not yet been served.**
All parties have been served.

II. **Discovery and Pending Motions**

A. **Briefly describe all pending motions, including the date the motion was filed and the briefing schedule, if any.**

On December 27, 2022, Defendants filed a Motion For Summary Judgment that has been fully briefed and a disposition is pending.

B. **What is the current discovery schedule?**
There is no current discovery schedule.

C. **Briefly describe all fact and expert discovery that the parties have conducted, including any electronic discovery.**

1. Plaintiff has deposed Police Officer Renee Gardner and Police Officer Gabriel Rodriguez
2. Defendants deposed Plaintiff Carl Jackson.

D. **Describe any discovery that the parties still need to complete, and indicate whether the parties anticipate completing discovery by the current deadline.**

Discovery is complete.

 E. **Briefly summarize all substantive rulings issued in the case. (For each ruling, include the date and the docket number.)**

 On March 18, 2021, the Court entered an order granting Defendants' Motion to Dismiss which dismissed Plaintiff's Malicious Prosecution Claim (Count IV), Intentional Infliction of Emotional Distress Claim (Count V), and Respondeat Superior Claim (Count VI) with prejudice. Plaintiff's *Monell* claim (Count VIII) was dismissed without prejudice. (Dkt. 29)..

 F. **Briefly describe any anticipated motions, including whether any party intends to move for summary judgment.**

 On December 27, 2022, Defendants file a Motion For Summary Judgment that has been fully briefed and a disposition is pending.

## III. Trial

 A. **Have any of the parties demanded a jury trial?**

 Plaintiff demanded trial.

 B. **What is the trial date (if any)? If there is no trial date, when will the parties be ready for trial?**

 There is currently no trial date set.

 C. **Have the parties filed a final pretrial order? If so, when? If not, when is the deadline for the filing?**

 The parties have not filed a pretrial order.

 D. **Estimate the number trials days.**

 Trial is estimated to be 4-5 days.

## III. Settlement, Referrals, and Consent

 A. **Have any settlement discussions taken place? If so, what is the status?**

 The parties have had settlement discussions that have been unsuccessful.

 B. **Has this case been referred to the Magistrate Judge for discovery supervision and/or a settlement conference?**

 This case has not been referred to Magistrate Judge for discovery supervision nor a settlement conference.

    **C. Do the parties request a settlement conference at this time before this Court or the Magistrate Judge?**

Not at this time but the parties would likely request a referral pending the outcome of Defendants' Motion to Dismiss.

    **D. Have counsel informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment? Do all parties unanimously consent to that procedure?**

    The parties have discussed with their clients and do not consent to proceeding before the Magistrate Judge.

**IV. Other**
    **A. Is there anything else that the plaintiff(s) wants the Court to know?**

    No.

    **B. Is there anything else that the defendant(s) wants the Court to know?**
    No.

Dated: April 14, 2023,       Respectfully submitted,

`

/s/ Danielle A. Pinkston

_____

Danielle A. Pinkston
Pinkston Law Group, P.C.
54 N. Ottawa St., Ste. #110
Joliet, IL 60432
Office: (773) 770-4771
Fax: (773) 770-4772
dpinkston@pinkstonlawgroup.com
Atty. for: Carl Jackson

Nicholas John Perrone
Jessica L. Griff
City of Chicago, Department of Law
2 N. LaSalle St., Ste 420
Chicago, IL 60602
nicholas.perrone@cityofchicago.org
jessica.griff@cityofchicago.org
Office: (312) 742-0234
Attys. For: Defendants

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on April 14, 2023, I electronically served and filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants or record.

                                                                                  /s/ Danielle A. Pinkston

                                                                                  _____

                                                                                   Danielle A. Pinkston